**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| TERRY BODIN, : | |
| : | Civil Action No.:  0:13-cv-664-J-32JBT |
| Plaintiff, : | |
| v. : | |
| : | |
| ENHANCED RECOVERY COMPANY, LLC, : | |
| and DOES 1-10, inclusive, : | |
| : | |
| Defendants. : | |
| : | |

### NOTICE OF VOLUNTARY DISMISSAL OF ACTION
### WITHOUT PREJUDICE

     Plaintiff Terry Bodin hereby gives notice of dismissal of  this action, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: August 23, 2013

                                  Respectfully submitted,

                                  By   */s/ Patricia Montes de Oca*
                                  Patricia Montes de Oca, Esq.
                                  Florida Bar No. 519812
                                  2655 Le Jeune Road, Fifth Floor
                                  Coral Gables, Florida 33134
                                  Telephone: (305) 501-0085
                                  Facsimile: (855) 953-6237
                                  pmontesdeoca@montesdeocalemberg.com

### CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2013, the foregoing Notice of Voluntary Dismissal was electronically filed with the Clerk of Court using the CM/ECF and that the document is available on the CM/ECF system.


By_ */s/ Patricia Montes de Oca*____

Patricia Montes de Oca, Esq.