UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TERRY BODIN

    Plaintiff,

vs.                                          Case No. 3:13-cv-664-J-32-JBT

ENHANCED RECOVERY COMPANY, LLC;
DOES 1-10, inclusive,

    Defendants.

## ORDER

Upon review of Plaintiff's Notice of Voluntary Dismissal of Action without Prejudice (Doc. 6), filed on August 23, 2013, this case is dismissed without prejudice. Plaintiff to provide Defendant with a copy of this order. The Clerk shall close the file.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, on this 26th day of August, 2013.

_____
TIMOTHY J. CORRIGAN
United States District Judge

W
Copies:

Counsel of Record